# EXHIBIT 1

# TechTarget

**Advertising Contract**

Sales Rep Name: Belcher, Eric
Sales Rep Phone: 781-657-1736
Sales Rep Fax: 781-449-0983
Sales Rep E-mail: ebelcher@techtarget.com

Campaign Manager: Bolwin, Lisa
CM E-mail: lbolwing@techtarget.com
CM Phone: 781-657-1587

PO Required?
PO #:
SO #:
ORDER #: 7246
DESCRIPTION :

RECEIVED APR 17 2007

Sales Order # 7246
Booking Date 4/18/07
Customer ID EN5002
Entered By
Approved By

Date Submitted : 04/05/07

### Advertiser Information

| Company : | Ensconce Data Technologies |
| --- | --- |
| Media Contact: | Bracco, Phil |
| Address 1 : | 100 Market St |
| Address 2 : | |
| City/State/Zip : | Portsmouth NH 0381 |
| Phone : | 603-867-5410 |
| Fax : | |
| Media E-mail : | pbracco@deadondemand.com |

| Company Name | | Controller | |
| --- | --- | --- | --- |
| Company Name : | Ensconce Data Technologies | Controller : | Bracco, Phil |
| Billing Address 1 : | 100 Market St. | Phone : | 603-867-5410 |
| Billing Address 2 : | | E-mail : | pbracco@deadondemand.com |
| City/State/Zip : | Portsmouth NH, 03801 | | |
| Accounts Payable Contact : | Bracco, Phil | Creative Contact (if different) | |
| Phone : | 603-867-5410 | Contact : | |
| Fax : | | Phone : | |
| E-mail : | pbracco@deadondemand.com | E-mail : | |

| Description | Additional Information | Start Date | End Date | Quantity | Rate | Extended |
| --- | --- | --- | --- | --- | --- | --- |
| SECWHP0040-White Paper RoundUp EMail SearchSecurity | additional email promotion to SearchSecurity.com | 06/06/07 | 06/06/07 | 1.0 | $0.0000 | $0.00 |
| SECWHP0040-White Paper RoundUp EMail SearchSecurity | additional email promotion to SearchSecurity.com | 07/11/07 | 07/11/07 | 1.0 | $0.0000 | $0.00 |
| SECWHP0040-White Paper RoundUp EMail SearchSecurity | additional email promotion to SearchSecurity.com | 08/01/07 | 08/01/07 | 1.0 | $0.0000 | $0.00 |
| ROSWHP0280-White Paper Magnifier Program 3x Run of Network | 6 month white paper posting on SearchSecurity.com | 05/15/07 | 08/15/07 | 1.0 | $7,083.0000 | $7,083.00 |
| ROSWHP0280-White Paper Magnifier Program 3x Run of Network | 6 month white paper posting on SearchSecurity.com | 05/15/07 | 08/15/07 | 1.0 | $7,083.0000 | $7,083.00 |
| ROSWHP0280-White Paper Magnifier Program 3x Run of Network | 6 month white paper posting on SearchSecurity.com | 05/15/07 | 08/15/07 | 1.0 | $7,083.0000 | $7,083.00 |
| SECWHP0020-White Paper Dedicated EMail SearchSecurity | 5 dedicated white paper email blasts spread out across 6 months on SearchSecurity.com | 05/24/07 | 05/24/07 | 1.0 | $5,950.0000 | $5,950.00 |
| MAGADV0130-Run of Publication (ROP) ad InformationSecurity Magazine | ISM May, June, July/August and September | 05/01/07 | 05/31/07 | 1.0 | $8,000.0000 | $8,000.00 |
| SECWHP0040-White Paper RoundUp EMail SearchSecurity | | 09/19/07 | 09/19/07 | 1.0 | $0.0000 | $0.00 |
| SECWHP0040-White Paper RoundUp EMail SearchSecurity | | 10/24/07 | 10/24/07 | 1.0 | $0.0000 | $0.00 |
| SECWHP0040-White Paper RoundUp EMail SearchSecurity | | 11/07/07 | 11/07/07 | 1.0 | $0.0000 | $0.00 |
| ROSWHP0280-White Paper Magnifier Program 3x Run of Network | | 08/16/07 | 11/15/07 | 1.0 | $7,083.0000 | $7,083.00 |
| ROSWHP0280-White Paper Magnifier Program 3x Run of Network | | 08/16/07 | 11/15/07 | 1.0 | $7,083.0000 | $7,083.00 |
| ROSWHP0280-White Paper Magnifier Program 3x Run of Network | | 08/16/07 | 11/15/07 | 1.0 | $7,083.0000 | $7,083.00 |
| SECWHP0020-White Paper Dedicated EMail SearchSecurity | | 06/22/07 | 06/22/07 | 1.0 | $5,950.0000 | $5,950.00 |
| SECWHP0020-White Paper Dedicated EMail SearchSecurity | | 08/23/07 | 08/23/07 | 1.0 | $5,950.0000 | $5,950.00 |
| SECWHP0020-White Paper Dedicated EMail SearchSecurity | | 09/06/07 | 09/06/07 | 1.0 | $5,950.0000 | $5,950.00 |
| SECWHP0020-White Paper Dedicated EMail SearchSecurity | | 10/02/07 | 10/02/07 | 1.0 | $5,950.0000 | $5,950.00 |
| MAGADV0130-Run of Publication (ROP) ad InformationSecurity Magazine | | 06/01/07 | 06/30/07 | 1.0 | $8,000.0000 | $8,000.00 |
| MAGADV0130-Run of Publication (ROP) ad InformationSecurity Magazine | | 07/01/07 | 07/31/07 | 1.0 | $8,000.0000 | $8,000.00 |
| MAGADV0130-Run of Publication (ROP) ad InformationSecurity Magazine | | 09/01/07 | 09/30/07 | 1.0 | $8,000.0000 | $8,000.00 |

| Billing Method | | Special Billing Terms | |
|---|---|---|---|
| Invoice | | | |
| Customer Signature : | | Date : | |
| Techtarget Signature : | *[signature]* | Date : | 4/17/07 |
| | | Total | $104,248.00 |

## Terms and Conditions

Your signature above acknowledges your complete understanding and acceptance of the terms of this contract and TechTarget's complete Sponsorship Terms and Conditions, including new regulations for list rentals, which are listed on its corporate Web site and are hereby incorporated in full by reference (http://www.techtarget.com/downloads/clientresources/termscond.pdf). You further acknowledge and accept that if you should terminate this contract prior to its contracted term, you may be subject to an additional "short rate" and/or "holding rate" charge. The methods for calculating the additional charges are included in TechTarget's Terms and Conditions referenced above.

## Special Billing Terms for all Market Research Contracts

The total interviews referenced in the Advertising Contract are estimates based upon the Customer's Market Research Survey topic and qualifiers, also referenced in the Advertising Contract. TechTarget reserves the right to stop the survey at any time and bill only on the number of completes to date. If the total aggregate interviews referenced in the Advertising Contract are exceeded, the interviews will be billed in the amount owed against the invoice. All e-mail addresses collected are the property of TechTarget.

# TechTarget

Co417-01 [signature]

Date Submitted: 04/05/07

## Advertising Contract

Sales Rep Name: Belcher, Eric
Sales Rep Phone: 781-657-1736
Sales Rep Fax: 781-449-0983
Sales Rep E-mail: ebelcher@techtarget.com

PO Required?
PO #:
SO #:
ORDER #: 7246
DESCRIPTION:

Campaign Manager: Bolwin, Lisa
CM E-mail: lbolwin@techtarget.com
CM Phone: 781-657-1597

### Advertiser Information

| Company Name | Company Name: | Ensconce Data Technologies |
|---|---|---|
| Company: | Ensconce Data Technologies | Controller |
| Media Contact: | Bracco, Phil | Billing Address 1: | 100 Market St | Phone: | 603-867-5410 |
| Address 1: | 100 Market St | Billing Address 2: | | E-mail: | pbracco@deadondemand.com |
| Address 2: | | City/State/Zip: | Portsmouth NH, 03801 | Controller: | Bracco, Phil |
| City/State/Zip: | Portsmouth NH 0381 | Accounts Payable Contact: | Bracco, Phil | Creative Contact (if different) |
| Phone: | 603-867-5410 | Phone: | 603-867-5410 | Contact: | |
| Fax: | | Fax: | | Phone: | |
| Media E-mail: | pbracco@deadondemand.com | E-mail: | pbracco@deadondemand.com | E-mail: | |

| Description | Additional Information | Start Date | End Date | Quantity | Rate | Extended |
|---|---|---|---|---|---|---|
| SECWHP0040-White Paper RoundUp EMail SearchSecurity | additional email promotion to SearchSecurity.com | 05/15/07 6/6 | 11/15/07 | 1.0 | $0.0000 | $0.00 |
| SECWHP0040-White Paper RoundUp EMail SearchSecurity | additional email promotion to SearchSecurity.com | 05/15/07 6/14 7/11 | 11/15/07 | 1.0 | $0.0000 | $0.00 |
| SECWHP0040-White Paper RoundUp EMail SearchSecurity | additional email promotion to SearchSecurity.com 8/1 | 05/15/07 | 11/15/07 | 1.0 | $0.0000 | $0.00 |
| ROSWHP0280-White Paper Magnifier Program 3x Run of Network | 6 month white paper posting on SearchSecurity.com | 05/15/07 | 11/15/07 | 1.0 | $14,166.0000 | $14,166.00 |
| ROSWHP0280-White Paper Magnifier Program 3x Run of Network | 6 month white paper posting on SearchSecurity.com | 05/15/07 | 11/15/07 | 1.0 | $14,166.0000 | $14,166.00 |
| ROSWHP0280-White Paper Magnifier Program 3x Run of Network | 6 month white paper posting on SearchSecurity.com | 05/15/07 | 11/15/07 | 1.0 | $14,166.0000 | $14,166.00 |
| SECWHP0020-White Paper Dedicated EMail SearchSecurity | 5 dedicated white paper email blasts spread out across 6 months on SearchSecurity.com 5/24 6/22 8/23 9/6 10/2 | 05/15/07 | 11/15/07 | 5.0 | $5,950.0000 | $29,750.00 |
| MAGADV0130-Run of Publication (ROP) ad InformationSecurity Magazine | ISM May, June, July/August and September | 05/01/07 | 09/30/07 | 4.0 | $8,000.0000 | $32,000.00 |

| | Total | $104,248.00 |
|---|---|---|

| Billing Method | | Special Billing Terms | |
|---|---|---|---|
| Invoice | | | |
| Customer Signature : | Phup M. Butter  EDT President/CEO | Date : | 4/16/07 |
| Techtarget Signature : | | Date : | |

### Terms and Conditions

Your signature above acknowledges your complete understanding and acceptance of the terms of this contract and TechTarget's complete Sponsorship Terms and Conditions, including new regulations for list rentals, which are listed on its corporate Web site and are hereby incorporated in full by reference (http://www.techtarget.com/downloadsclientresources/termscond.pdf). You further acknowledge and accept that if you should terminate this contract prior to its contracted term, you may be subject to an additional "short rate" and/or "holding rate" charge. The methods for calculating the additional charges are included in TechTarget's Terms and Conditions referenced above.

### Special Billing Terms for all Market Research Contracts

The total interviews referenced in the Advertising Contract are estimates based upon the Customer's Market Research Survey topic and qualifiers, also referenced in the Advertising Contract. TechTarget reserves the right to stop the survey at any time and bill only on the number of completes to date. If the total aggregate interviews referenced in the Advertising Contract are exceeded, the interviews will be billed in the amount owed against the invoice. All e-mail addresses collected are the property of TechTarget.