**EXHIBIT 2**

**Tech Target**
117 Kendrick Street
Suite 800
Needham, MA 02494



**TechTarget**

# INVOICE

| | |
|---|---|
| Invoice No. | I0034749 |
| Date | 5/30/2007 |
| Order No. | O0013747 |
| Shipper ID | S0044706 |
| Customer ID | ENS002 |

| BILL TO: | REMIT PAYMENT TO: |
|---|---|
| Ensconce Data Tech<br>Accounts Payable<br>100 Market St.<br>Suite 203<br>Portsmouth, NH 03801 | **NEW REMITTANCE ADDRESS:**<br><br>**TechTarget**<br>**P.O. Box 845427**<br>**Boston, MA 02284-5427** |

PAGE 1

| DUE DATE | TERMS | ORDERED BY | CUSTOMER P.O. NO. | SALES PERSON | CAMPAIGN NAME |
|---|---|---|---|---|---|
| 06/29/2007 | Net 30 Days | Phil Bracco | | Eric Belcher | |

| ITEM NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | EXT. PRICE |
|---|---|---|---|---|
| SEC-WHP-0020<br>SearchSecurity-White Paper Dedicated EMail<br><br>Email sent 5/18 | 1.00 | EA | 1.00 | 5,950.00 |
| ROS-WHP-0275<br>Run of Network-White Paper Magnifier Program 1x | 3.00 | EA | 0.50 | 1,416.67 |

Invoice is for advertising services delivered for the month of May, 2007

Please make checks payable to TechTarget (EIN# 04-3483216).
All billings are in U.S. Dollars and are net of agency commissions.

If you have any questions regarding this invoice, please
send an e-mail to us at arhelp@techtarget.com

| | |
|---|---|
| Sales Total | 7,366.67 |
| Shipping & Handling | 0.00 |
| Tax Total | 0.00 |
| | 7,366.67 |
| Less Paid Amount | 0.00 |
| **TOTAL** | 7,366.67 |

**Tech Target**
117 Kendrick Street
Suite 800
Needham, MA 02494



# INVOICE

| | |
|---|---|
| Invoice No. | I0035195 |
| Date | 6/7/2007 |
| Order No. | O0013747 |
| Shipper ID | S0045389 |
| Customer ID | ENS002 |

**BILL TO:**

Ensconce Data Tech
Accounts Payable
100 Market St.
Suite 203
Portsmouth, NH 03801

**REMIT PAYMENT TO:**

**NEW REMITTANCE ADDRESS:**

**TechTarget**
**P.O. Box 845427**
**Boston, MA 02284-5427**

PAGE 1

| DUE DATE | TERMS | ORDERED BY | CUSTOMER P.O. NO. | SALES PERSON | CAMPAIGN NAME |
|---|---|---|---|---|---|
| 07/07/2007 | Net 30 Days | Phil Bracco | | Eric Belcher | |

| ITEM NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | EXT. PRICE |
|---|---|---|---|---|
| MAG-ADV-0130 | 1.00 | EA | 1.00 | 8,000.00 |
| InformationSecurity Magazine-Run of Publication (ROP) ad | | | | |
| InformationSecurity Magazine-Run of Publication (ROP) ad | | | | |

Invoice is for advertising services delivered for the month of June, 2007

| | |
|---|---|
| Sales Total | 8,000.00 |
| Shipping & Handling | 0.00 |
| Tax Total | 0.00 |
| | 8,000.00 |
| Less Paid Amount | 0.00 |
| **TOTAL** | 8,000.00 |

Please make checks payable to TechTarget (EIN# 04-3483216).
All billings are in U.S. Dollars and are net of agency commissions.

If you have any questions regarding this invoice, please
send an e-mail to us at arhelp@techtarget.com

**Tech Target**
117 Kendrick Street
Suite 800
Needham, MA  02494



**TechTarget**

# INVOICE

| | |
|---|---|
| Invoice No. | I0036036 |
| Date | 6/30/2007 |
| Order No. | O0013747 |
| Shipper ID | S0046763 |
| Customer ID | ENS002 |

**BILL TO:**

Enscounce Data Tech
Accounts Payable
100 Market St.
Suite 203
Portsmouth, NH  03801

**REMIT PAYMENT TO:**

**NEW REMITTANCE ADDRESS:**

**TechTarget**
**P.O. Box 845427**
**Boston, MA 02284-5427**

PAGE  1

| DUE DATE | TERMS | ORDERED BY | CUSTOMER P.O. NO. | SALES PERSON | CAMPAIGN NAME |
|---|---|---|---|---|---|
| 07/30/2007 | Net 30 Days | Phil Bracco | | Eric Belcher | |

| ITEM NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | EXT. PRICE |
|---|---|---|---|---|
| SEC-WHP-0040<br>SearchSecurity-White Paper RoundUp EMail | 1.00 | EA | 1.00 | 0.00 |
| ROS-WHP-0275<br>Run of Network-White Paper Magnifier Program 1x | 3.00 | EA | 1.00 | 2,833.33 |
| SCZ-WHP-0020<br>SearchSecurityChannel-White Paper Dedicated EMail<br>Email sent 6/12 | 1.00 | EA | 1.00 | 4,790.32 |
| NTZ-WHP-0020<br>SearchNetworkingChannel-White Paper Dedicated EMail | 1.00 | EA | 1.00 | 0.00 |
| CIO-WHP-0020<br>SearchCIO-White Paper Dedicated EMail<br>Email sent 6/22 | 1.00 | EA | 1.00 | 5,950.00 |

Invoice is for advertising services delivered for the month of June, 2007

Please make checks payable to TechTarget (EIN# 04-3483216).
All billings are in U.S. Dollars and are net of agency commissions.

If you have any questions regarding this invoice, please
send an e-mail to us at arhelp@techtarget.com

| | |
|---|---|
| Sales Total | 13,573.65 |
| Shipping & Handling | 0.00 |
| Tax Total | 0.00 |
| | 13,573.65 |
| Less Paid Amount | 0.00 |
| **TOTAL** | 13,573.65 |

**Tech Target**
117 Kendrick Street
Suite 800
Needham, MA  02494



**TechTarget**

# INVOICE

| | |
|---|---|
| Invoice No. | I0036959 |
| Date | 7/31/2007 |
| Order No. | O0013747 |
| Shipper ID | S0047727 |
| Customer ID | ENS002 |

**BILL TO:**

Ensconce Data Tech
Accounts Payable
100 Market St.
Suite 203
Portsmouth, NH  03801

**REMIT PAYMENT TO:**

**NEW REMITTANCE ADDRESS:**

**TechTarget**
**P.O. Box 845427**
**Boston, MA 02284-5427**

| DUE DATE | TERMS | ORDERED BY | CUSTOMER P.O. NO. | SALES PERSON | CAMPAIGN NAME |
|---|---|---|---|---|---|
| 08/30/2007 | Net 30 Days | Phil Bracco | | Eric Belcher | |

| ITEM NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | EXT. PRICE |
|---|---|---|---|---|
| ROS-WHP-0275<br>Run of Network-White Paper Magnifier Program 1x | 3.00 | EA | 1.00 | 2,833.33 |
| CIO-WHP-0020<br>SearchCIO-White Paper Dedicated EMail<br><br>Email sent 7/18 | 1.00 | EA | 1.00 | 6,375.00 |
| LIS-EMB-1000<br>TechTarget EMail List Rental<br><br>List sent 7/10 | 5,386.00 | EA | 5,386.00 | 3,716.34 |
| LIS-EMB-1010<br>TechTarget EMail List Rental Setup Fee | 1.00 | EA | 1.00 | 0.00 |
| LIS-EMB-1020<br>TechTarget EMail List Rental Suppression Fee | 1.00 | EA | 1.00 | 0.00 |
| LIS-EMB-1030<br>TechTarget EMail List Rental Select Fee | 5,386.00 | EA | 5,386.00 | 0.00 |

Invoice is for advertising services delivered for the month of July, 2007

Please make checks payable to TechTarget (EIN# 04-3483216).
All billings are in U.S. Dollars and are net of agency commissions.

If you have any questions regarding this invoice, please
send an e-mail to us at arhelp@techtarget.com

| | |
|---|---|
| Sales Total | 12,924.67 |
| Shipping & Handling | 0.00 |
| Tax Total | 0.00 |
| | 12,924.67 |
| Less Paid Amount | 0.00 |
| **TOTAL** | 12,924.67 |

**Tech Target**
117 Kendrick Street
Suite 800
Needham, MA  02494


**TechTarget**

# INVOICE

| | |
|---|---|
| Invoice No. | I0037651 |
| Date | 8/21/2007 |
| Order No. | O0013747 |
| Shipper ID | S0048608 |
| Customer ID | ENS002 |

**BILL TO:**

Ensconce Data Tech
Accounts Payable
100 Market St.
Suite 203
Portsmouth, NH  03801

**REMIT PAYMENT TO:**

**NEW REMITTANCE ADDRESS:**

**TechTarget**
**P.O. Box 845427**
**Boston, MA 02284-5427**

PAGE  1

| DUE DATE | TERMS | ORDERED BY | CUSTOMER P.O. NO. | SALES PERSON | CAMPAIGN NAME |
|---|---|---|---|---|---|
| 09/20/2007 | Net 30 Days | Phil Bracco | | Eric Belcher | |

| ITEM NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | EXT. PRICE |
|---|---|---|---|---|
| ROS-WHP-0275 | 3.00 | EA | 0.50 | 1,416.67 |
| Run of Network-White Paper Magnifier Program 1x | | | | |

Invoice is for advertising services delivered for the month of August, 2007

| | |
|---|---|
| Sales Total | 1,416.67 |
| Shipping & Handling | 0.00 |
| Tax Total | 0.00 |
| | 1,416.67 |
| Less Paid Amount | 0.00 |
| **TOTAL** | 1,416.67 |

Please make checks payable to TechTarget (EIN# 04-3483216).
All billings are in U.S. Dollars and are net of agency commissions.

If you have any questions regarding this invoice, please
send an e-mail to us at arhelp@techtarget.com

**Tech Target**
117 Kendrick Street
Suite 800
Needham, MA  02494



**TechTarget**

# INVOICE

| | |
|---|---|
| Invoice No. | I0038807 |
| Date | 9/30/2007 |
| Order No. | O0013747 |
| Shipper ID | S0050860 |
| Customer ID | ENS002 |

**BILL TO:**

Ensconce Data Tech
Accounts Payable
100 Market St.
Suite 203
Portsmouth, NH  03801

**REMIT PAYMENT TO:**

**NEW REMITTANCE ADDRESS:**

**TechTarget**
**P.O. Box 845427**
**Boston, MA 02284-5427**

PAGE  1

| DUE DATE | TERMS | ORDERED BY | CUSTOMER P.O. NO. | SALES PERSON | CAMPAIGN NAME |
|---|---|---|---|---|---|
| 10/30/2007 | Net 30 Days | Phil Bracco | | Eric Belcher | |

| ITEM NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | EXT. PRICE |
|---|---|---|---|---|
| SCZ-WEB-6070 | 1.00 | EA | 1.00 | 16,566.34 |
| SearchSecurityChannel-On Demand Vendor Videocast | | | | |

9/25 -  Providing a Premier End-of-Life Solution for Hard Drives: EDT's Digital Shredder

Invoice is for advertising services delivered for the month of September, 2007

| | |
|---|---|
| Sales Total | 16,566.34 |
| Shipping & Handling | 0.00 |
| Tax Total | 0.00 |
| | 16,566.34 |
| Less Paid Amount | 0.00 |
| **TOTAL** | 16,566.34 |

Please make checks payable to TechTarget (EIN# 04-3483216).
All billings are in U.S. Dollars and are net of agency commissions.

If you have any questions regarding this invoice, please
send an e-mail to us at arhelp@techtarget.com

**Tech Target**
117 Kendrick Street
Suite 800
Needham, MA 02494



**TechTarget**

# INVOICE

| | |
|---|---|
| Invoice No. | I0039083 |
| Date | 9/30/2007 |
| Order No. | O0013747 |
| Shipper ID | S0050777 |
| Customer ID | ENS002 |

**BILL TO:**

Ensconce Data Tech
Accounts Payable
100 Market St.
Suite 203
Portsmouth, NH 03801

**REMIT PAYMENT TO:**

**NEW REMITTANCE ADDRESS:**

**TechTarget**
**P.O. Box 845427**
**Boston, MA 02284-5427**

PAGE 1

| DUE DATE | TERMS | ORDERED BY | CUSTOMER P.O. NO. | SALES PERSON | CAMPAIGN NAME |
|---|---|---|---|---|---|
| 10/30/2007 | Net 30 Days | Phil Bracco | | Eric Belcher | |

| ITEM NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | EXT. PRICE |
|---|---|---|---|---|
| SEC-WHP-0040<br>SearchSecurity-White Paper RoundUp EMail | 1.00 | EA | 1.00 | 0.00 |
| SEC-WHP-0020<br>SearchSecurity-White Paper Dedicated EMail<br>email sent 9/24 | 1.00 | EA | 1.00 | 5,950.00 |
| SEC-WHP-0020<br>SearchSecurity-White Paper Dedicated EMail<br>email sent 9/6 | 1.00 | EA | 1.00 | 5,950.00 |
| ROS-WHP-0275<br>Run of Network-White Paper Magnifier Program 1x | 3.00 | EA | 1.00 | 2,833.33 |
| SCZ-WEB-5230<br>SearchSecurityChannel-Premiere Promotion | 1.00 | EA | 1.00 | 0.00 |
| NTZ-WEB-5230<br>SearchNetworkingChannel-Premiere Promotion | 1.00 | EA | 1.00 | 0.00 |

Invoice is for advertising services delivered for the month of September, 2007

| | |
|---|---|
| Sales Total | 14,733.33 |
| Shipping & Handling | 0.00 |
| Tax Total | 0.00 |
| | 14,733.33 |
| Less Paid Amount | 0.00 |
| **TOTAL** | 14,733.33 |

Please make checks payable to TechTarget (EIN# 04-3483216).
All billings are in U.S. Dollars and are net of agency commissions.

If you have any questions regarding this invoice, please
send an e-mail to us at arhelp@techtarget.com

**Tech Target**
117 Kendrick Street
Suite 800
Needham, MA  02494



# INVOICE

| | |
|---|---|
| Invoice No. | I0039934 |
| Date | 10/30/2007 |
| Order No. | O0013747 |
| Shipper ID | S0052035 |
| Customer ID | ENS002 |

**BILL TO:**

Ensconce Data Tech
Accounts Payable
100 Market St.
Suite 203
Portsmouth, NH  03801

**REMIT PAYMENT TO:**

**NEW REMITTANCE ADDRESS:**

**TechTarget**
**P.O. Box 845427**
**Boston, MA 02284-5427**

PAGE  1

| DUE DATE | TERMS | ORDERED BY | CUSTOMER P.O. NO. | SALES PERSON | CAMPAIGN NAME |
|---|---|---|---|---|---|
| 11/29/2007 | Net 30 Days | Phil Bracco | | Eric Belcher | |

| ITEM NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | EXT. PRICE |
|---|---|---|---|---|
| ROS-WHP-0275<br>Run of Network-White Paper Magnifier Program 1x | 3.00 | EA | 1.00 | 2,833.33 |
| SCZ-WEB-5140<br>SearchSecurityChannel-Webcast RoundUp EMail<br><br>Email Delivered - 10/12 | 1.00 | EA | 1.00 | 0.00 |
| SCZ-WEB-5240<br>SearchSecurityChannel-First Glance<br><br>Email Delivered - 10/1 | 1.00 | EA | 1.00 | 0.00 |
| NTZ-WEB-5240<br>SearchNetworkingChannel-First Glance<br><br>Email Delivered - 10/1 | 1.00 | EA | 1.00 | 0.00 |
| NTZ-WEB-5140<br>SearchNetworkingChannel-Webcast RoundUp EMail<br><br>Email Delivered - 10/12 | 1.00 | EA | 1.00 | 0.00 |
| ITZ-WEB-5240<br>SearchITChannel-First Glance<br><br>Email Delivered - 10/3 | 1.00 | EA | 1.00 | 0.00 |

Invoice is for advertising services delivered for the month of October, 2007

Please make checks payable to TechTarget (EIN# 04-3483216).
All billings are in U.S. Dollars and are net of agency commissions.

If you have any questions regarding this invoice, please
send an e-mail to us at arhelp@techtarget.com

| | |
|---|---|
| Sales Total | 2,833.33 |
| Shipping & Handling | 0.00 |
| Tax Total | 0.00 |
| | 2,833.33 |
| Less Paid Amount | 0.00 |
| **TOTAL** | 2,833.33 |

**Tech Target**
117 Kendrick Street
Suite 800
Needham, MA 02494



**TechTarget**

| | |
|---|---|
| Invoice No. | I0034809 |
| Date | 5/31/2007 |
| Order No. | O0013842 |
| Shipper ID | S0044710 |
| Customer ID | ENS002 |

**BILL TO:**

Ensconce Data Tech
Accounts Payable
100 Market St.
Suite 203
Portsmouth, NH 03801

**REMIT PAYMENT TO:**

**NEW REMITTANCE ADDRESS:**

**TechTarget**
P.O. Box 845427
Boston, MA 02284-5427

PAGE 1

| DUE DATE | TERMS | ORDERED BY | CUSTOMER P.O. NO. | SALES PERSON | CAMPAIGN NAME |
|---|---|---|---|---|---|
| 06/30/2007 | Net 30 Days | Phil Bracco | | Eric Belcher | |

| ITEM NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | EXT. PRICE |
|---|---|---|---|---|
| ROS-WHP-0275<br>Run of Network-White Paper Magnifier Program 1x | 3.00 | EA | 1.00 | 2,833.33 |
| SCZ-WHP-0020<br>SearchSecurityChannel-White Paper Dedicated EMail<br>Email sent 5/15 | 1.00 | EA | 1.00 | 2,665.00 |
| SCZ-WHP-0020<br>SearchSecurityChannel-White Paper Dedicated EMail<br>Email sent 5/30 | 1.00 | EA | 1.00 | 2,665.00 |
| SCZ-WHP-0020<br>SearchSecurityChannel-White Paper Dedicated EMail<br>Email sent 5/22 | 1.00 | EA | 1.00 | 2,665.00 |
| NTZ-WHP-0020<br>SearchNetworkingChannel-White Paper Dedicated EMail<br>Emails sent 5/15 and 5/30 | 3.00 | EA | 2.00 | 0.00 |

Invoice is for advertising services delivered for the month of May, 2007

Please make checks payable to TechTarget (EIN# 04-3483216).
All billings are in U.S. Dollars and are net of agency commissions.

If you have any questions regarding this invoice, please
send an e-mail to us at arhelp@techtarget.com

| | |
|---|---|
| Sales Total | 10,828.33 |
| Shipping & Handling | 0.00 |
| Tax Total | 0.00 |
| | 10,828.33 |
| Less Paid Amount | 0.00 |
| **TOTAL** | 10,828.33 |

**Tech Target**
117 Kendrick Street
Suite 800
Needham, MA  02494



**TechTarget**

# INVOICE

| | |
|---|---|
| Invoice No. | I0038814 |
| Date | 9/30/2007 |
| Order No. | O0013842 |
| Shipper ID | S0050861 |
| Customer ID | ENS002 |

**BILL TO:**

Ensconce Data Tech
Accounts Payable
100 Market St.
Suite 203
Portsmouth, NH  03801

**REMIT PAYMENT TO:**

**NEW REMITTANCE ADDRESS:**

**TechTarget**
**P.O. Box 845427**
**Boston, MA 02284-5427**

PAGE  1

| DUE DATE | TERMS | ORDERED BY | CUSTOMER P.O. NO. | SALES PERSON | CAMPAIGN NAME |
|---|---|---|---|---|---|
| 10/30/2007 | Net 30 Days | Phil Bracco | | Eric Belcher | |

| ITEM NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | EXT. PRICE |
|---|---|---|---|---|
| SCZ-WEB-6070 | 1.00 | EA | 1.00 | 4,665.00 |
| SearchSecurityChannel-On Demand Vendor Videocast | | | | |

Invoice is for advertising services delivered for the month of September, 2007

Please make checks payable to TechTarget (EIN# 04-3483216).
All billings are in U.S. Dollars and are net of agency commissions.

If you have any questions regarding this invoice, please
send an e-mail to us at arhelp@techtarget.com

| | |
|---|---|
| Sales Total | 4,665.00 |
| Shipping & Handling | 0.00 |
| Tax Total | 0.00 |
| | 4,665.00 |
| Less Paid Amount | 0.00 |
| **TOTAL** | 4,665.00 |

**Tech Target**
117 Kendrick Street
Suite 800
Needham, MA 02494



**TechTarget**

# INVOICE

| | |
|---|---|
| Invoice No. | I0039086 |
| Date | 9/30/2007 |
| Order No. | O0013842 |
| Shipper ID | S0050778 |
| Customer ID | ENS002 |

| BILL TO: | REMIT PAYMENT TO: |
|---|---|
| Ensconce Data Tech<br>Accounts Payable<br>100 Market St.<br>Suite 203<br>Portsmouth, NH 03801 | **NEW REMITTANCE ADDRESS:**<br><br>**TechTarget**<br>**P.O. Box 845427**<br>**Boston, MA 02284-5427** |

PAGE 1

| DUE DATE | TERMS | ORDERED BY | CUSTOMER P.O. NO. | SALES PERSON | CAMPAIGN NAME |
|---|---|---|---|---|---|
| 10/30/2007 | Net 30 Days | Phil Bracco | | Eric Belcher | |

| ITEM NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | EXT. PRICE |
|---|---|---|---|---|
| ROS-WHP-0275<br>Run of Network-White Paper Magnifier Program 1x | 3.00 | EA | 0.50 | 1,416.67 |
| SCZ-WHP-0020<br>SearchSecurityChannel-White Paper Dedicated EMail<br>email sent 9/18 | 1.00 | EA | 1.00 | 4,665.00 |
| SCZ-WHP-0020<br>SearchSecurityChannel-White Paper Dedicated EMail<br>email sent 9/26 | 1.00 | EA | 1.00 | 4,665.00 |
| NTZ-WHP-0020<br>SearchNetworkingChannel-White Paper Dedicated EMail | 3.00 | EA | 1.00 | 0.00 |
| SCZ-WHP-0020<br>SearchSecurityChannel-White Paper Dedicated EMail | 1.00 | EA | 1.00 | 0.00 |
| STZ-WHP-0020<br>SearchStorageChannel-White Paper Dedicated EMail | 1.00 | EA | 1.00 | 0.00 |

Invoice is for advertising services delivered for the month of September, 2007

| | |
|---|---|
| Sales Total | 10,746.67 |
| Shipping & Handling | 0.00 |
| Tax Total | 0.00 |
| | 10,746.67 |
| Less Paid Amount | 0.00 |
| **TOTAL** | 10,746.67 |

Please make checks payable to TechTarget (EIN# 04-3483216).
All billings are in U.S. Dollars and are net of agency commissions.

If you have any questions regarding this invoice, please
send an e-mail to us at arhelp@techtarget.com

**Tech Target**
117 Kendrick Street
Suite 800
Needham, MA  02494


**TechTarget**

# INVOICE

| | |
|---|---|
| Invoice No. | I0035660 |
| Date | 6/27/2007 |
| Order No. | O0014415 |
| Shipper ID | S0046043 |
| Customer ID | ENS002 |

**BILL TO:**

Ensconce Data Tech
Accounts Payable
100 Market St.
Suite 203
Portsmouth, NH  03801

**REMIT PAYMENT TO:**

**NEW REMITTANCE ADDRESS:**

**TechTarget**
**P.O. Box 845427**
**Boston, MA 02284-5427**

PAGE  1

| DUE DATE | TERMS | ORDERED BY | CUSTOMER P.O. NO. | SALES PERSON | CAMPAIGN NAME |
|---|---|---|---|---|---|
| 07/27/2007 | Net 30 Days | Phil Bracco | | Eric Belcher | |

| ITEM NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | EXT. PRICE |
|---|---|---|---|---|
| SCZ-WHP-0020 | 1.00 | EA | 1.00 | 3,500.00 |
| SearchSecurityChannel-White Paper Dedicated EMail | | | | |
| Email Delivered - 6/15 | | | | |
| NTZ-WHP-0020 | 1.00 | EA | 1.00 | 0.00 |
| SearchNetworkingChannel-White Paper Dedicated EMail | | | | |
| Email Delivered - 6/15 | | | | |

Invoice is for advertising services delivered for the month of June, 2007

Please make checks payable to TechTarget (EIN# 04-3483216).
All billings are in U.S. Dollars and are net of agency commissions.

If you have any questions regarding this invoice, please
send an e-mail to us at arhelp@techtarget.com

| | |
|---|---|
| Sales Total | 3,500.00 |
| Shipping & Handling | 0.00 |
| Tax Total | 0.00 |
| | 3,500.00 |
| Less Paid Amount | 0.00 |
| **TOTAL** | 3,500.00 |

**Tech Target**
117 Kendrick Street
Suite 800
Needham, MA 02494



**TechTarget**

# INVOICE

| | |
|---|---|
| Invoice No. | I0036914 |
| Date | 7/30/2007 |
| Order No. | O0014415 |
| Shipper ID | S0047494 |
| Customer ID | ENS002 |

| BILL TO: | REMIT PAYMENT TO: |
|---|---|
| Ensconce Data Tech<br>Accounts Payable<br>100 Market St.<br>Suite 203<br>Portsmouth, NH 03801 | **NEW REMITTANCE ADDRESS:**<br><br>**TechTarget**<br>**P.O. Box 845427**<br>**Boston, MA 02284-5427** |

PAGE 1

| DUE DATE | TERMS | ORDERED BY | CUSTOMER P.O. NO. | SALES PERSON | CAMPAIGN NAME |
|---|---|---|---|---|---|
| 08/29/2007 | Net 30 Days | Phil Bracco | | Eric Belcher | |

| ITEM NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | EXT. PRICE |
|---|---|---|---|---|
| SCZ-WHP-0020<br>SearchSecurityChannel-White Paper Dedicated EMail<br>Email sent 7/24 | 1.00 | EA | 1.00 | 3,500.00 |
| NTZ-WHP-0020<br>SearchNetworkingChannel-White Paper Dedicated EMail<br>Email sent 7/24 | 1.00 | EA | 1.00 | 0.00 |

Invoice is for advertising services delivered for the month of July, 2007

Please make checks payable to TechTarget (EIN# 04-3483216).
All billings are in U.S. Dollars and are net of agency commissions.

If you have any questions regarding this invoice, please
send an e-mail to us at arhelp@techtarget.com

| | |
|---|---|
| Sales Total | 3,500.00 |
| Shipping & Handling | 0.00 |
| Tax Total | 0.00 |
| | 3,500.00 |
| Less Paid Amount | 0.00 |
| **TOTAL** | 3,500.00 |

**Tech Target**
117 Kendrick Street
Suite 800
Needham, MA 02494



**TechTarget**

# INVOICE

| | |
|---|---|
| Invoice No. | I0037863 |
| Date | 8/31/2007 |
| Order No. | O0014415 |
| Shipper ID | S0049317 |
| Customer ID | ENS002 |

**BILL TO:**

Ensconce Data Tech
Accounts Payable
100 Market St.
Suite 203
Portsmouth, NH 03801

**REMIT PAYMENT TO:**

**NEW REMITTANCE ADDRESS:**

**TechTarget**
P.O. Box 845427
Boston, MA 02284-5427

PAGE 1

| DUE DATE | TERMS | ORDERED BY | CUSTOMER P.O. NO. | SALES PERSON | CAMPAIGN NAME |
|---|---|---|---|---|---|
| 09/30/2007 | Net 30 Days | Phil Bracco | | Eric Belcher | |

| ITEM NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | EXT. PRICE |
|---|---|---|---|---|
| SCZ-WHP-0020 | 1.00 | EA | 1.00 | 3,500.00 |
| SearchSecurityChannel-White Paper Dedicated EMail | | | | |
| Email sent 8/30 | | | | |
| NTZ-WHP-0020 | 1.00 | EA | 1.00 | 0.00 |
| SearchNetworkingChannel-White Paper Dedicated EMail | | | | |
| Email sent 8/30 | | | | |

Invoice is for advertising services delivered for the month of August, 2007

Please make checks payable to TechTarget (EIN# 04-3483216).
All billings are in U.S. Dollars and are net of agency commissions.

If you have any questions regarding this invoice, please
send an e-mail to us at arhelp@techtarget.com

| | |
|---|---|
| Sales Total | 3,500.00 |
| Shipping & Handling | 0.00 |
| Tax Total | 0.00 |
| | 3,500.00 |
| Less Paid Amount | 0.00 |
| **TOTAL** | 3,500.00 |

**Tech Target**
117 Kendrick Street
Suite 800
Needham, MA  02494


**TechTarget**

# INVOICE

| | |
|---|---|
| Invoice No. | I0038287 |
| Date | 9/11/2007 |
| Order No. | O0013747 |
| Shipper ID | S0049460 |
| Customer ID | ENS002 |

**BILL TO:**

Ensconce Data Tech
Accounts Payable
100 Market St.
Suite 203
Portsmouth, NH  03801

**REMIT PAYMENT TO:**

**NEW REMITTANCE ADDRESS:**

**TechTarget**
P.O. Box 845427
Boston, MA 02284-5427

PAGE  1

| DUE DATE | TERMS | ORDERED BY | CUSTOMER P.O. NO. | SALES PERSON | CAMPAIGN NAME |
|---|---|---|---|---|---|
| 10/11/2007 | Net 30 Days | Phil Bracco | | Eric Belcher | |

| ITEM NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | EXT. PRICE |
|---|---|---|---|---|
| MAG-ADV-0130 | 1.00 | EA | 1.00 | 8,000.00 |
| InformationSecurity Magazine-Run of Publication (ROP) ad | | | | |
| InformationSecurity Magazine-Run of Publication (ROP) ad | | | | |

Invoice is for advertising services delivered for the month of September, 2007

| | |
|---|---|
| Sales Total | 8,000.00 |
| Shipping & Handling | 0.00 |
| Tax Total | 0.00 |
| | 8,000.00 |
| Less Paid Amount | 0.00 |
| **TOTAL** | 8,000.00 |

Please make checks payable to TechTarget (EIN# 04-3483216).
All billings are in U.S. Dollars and are net of agency commissions.

If you have any questions regarding this invoice, please
send an e-mail to us at arhelp@techtarget.com

**Tech Target**
117 Kendrick Street
Suite 800
Needham, MA  02494



TechTarget

# INVOICE

| | |
|---|---|
| Invoice No. | I0036436 |
| Date | 7/10/2007 |
| Order No. | O0013747 |
| Shipper ID | S0047011 |
| Customer ID | ENS002 |

**BILL TO:**

Ensconce Data Tech
Accounts Payable
100 Market St.
Suite 203
Portsmouth, NH  03801

**REMIT PAYMENT TO:**

**NEW REMITTANCE ADDRESS:**

**TechTarget**
**P.O. Box 845427**
**Boston, MA 02284-5427**

PAGE  1

| DUE DATE | TERMS | ORDERED BY | CUSTOMER P.O. NO. | SALES PERSON | CAMPAIGN NAME |
|---|---|---|---|---|---|
| 08/09/2007 | Net 30 Days | Phil Bracco | | Eric Belcher | |

| ITEM NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | EXT. PRICE |
|---|---|---|---|---|
| MAG-ADV-0130 | 1.00 | EA | 1.00 | 8,000.00 |
| InformationSecurity Magazine-Run of Publication (ROP) ad | | | | |
| InformationSecurity Magazine-Run of Publication (ROP) ad | | | | |

Invoice is for advertising services delivered for the month of July, 2007

Please make checks payable to TechTarget (EIN# 04-3483216).
All billings are in U.S. Dollars and are net of agency commissions.

If you have any questions regarding this invoice, please
send an e-mail to us at arhelp@techtarget.com

| | |
|---|---|
| Sales Total | 8,000.00 |
| Shipping & Handling | 0.00 |
| Tax Total | 0.00 |
| | 8,000.00 |
| Less Paid Amount | 0.00 |
| **TOTAL** | 8,000.00 |

**Tech Target**
117 Kendrick Street
Suite 800
Needham, MA  02494


**TechTarget**

# INVOICE

| | |
|---|---|
| Invoice No. | I0039939 |
| Date | 10/30/2007 |
| Order No. | O0013842 |
| Shipper ID | S0052125 |
| Customer ID | ENS002 |

**BILL TO:**

Ensconce Data Tech
Accounts Payable
100 Market St.
Suite 203
Portsmouth, NH  03801

**REMIT PAYMENT TO:**

**NEW REMITTANCE ADDRESS:**

**TechTarget**
**P.O. Box 845427**
**Boston, MA 02284-5427**

PAGE  1

| DUE DATE | TERMS | ORDERED BY | CUSTOMER P.O. NO. | SALES PERSON | CAMPAIGN NAME |
|---|---|---|---|---|---|
| 11/29/2007 | Net 30 Days | Phil Bracco | | Eric Belcher | |

| ITEM NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | EXT. PRICE |
|---|---|---|---|---|
| ROS-WHP-0275 | 3.00 | EA | 1.00 | 2,833.33 |
| Run of Network-White Paper Magnifier Program 1x | | | | |

Invoice is for advertising services delivered for the month of October, 2007

| | |
|---|---|
| Sales Total | 2,833.33 |
| Shipping & Handling | 0.00 |
| Tax Total | 0.00 |
| | 2,833.33 |
| Less Paid Amount | 0.00 |
| **TOTAL** | 2,833.33 |

Please make checks payable to TechTarget (EIN# 04-3483216).
All billings are in U.S. Dollars and are net of agency commissions.

If you have any questions regarding this invoice, please
send an e-mail to us at arhelp@techtarget.com

**Tech Target**
117 Kendrick Street
Suite 800
Needham, MA 02494


# TechTarget

# INVOICE

| | |
|---|---|
| Invoice No. | I0041483 |
| Date | 11/30/2007 |
| Order No. | O0013842 |
| Shipper ID | S0053635 |
| Customer ID | ENS002 |

**BILL TO:**

Ensconce Data Tech
Accounts Payable
100 Market St.
Suite 203
Portsmouth, NH 03801

**REMIT PAYMENT TO:**

**NEW REMITTANCE ADDRESS:**

**TechTarget**
**P.O. Box 845427**
**Boston, MA 02284-5427**

PAGE 1

| DUE DATE | TERMS | ORDERED BY | CUSTOMER P.O. NO. | SALES PERSON | CAMPAIGN NAME |
|---|---|---|---|---|---|
| 12/30/2007 | Net 30 Days | Phil Bracco | | Eric Belcher | |

| ITEM NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | EXT. PRICE |
|---|---|---|---|---|
| ROS-WHP-0275 | 3.00 | EA | 1.00 | 2,833.33 |
| Run of Network-White Paper Magnifier Program 1x | | | | |

Invoice is for advertising services delivered for the month of November, 2007

| | |
|---|---|
| Sales Total | 2,833.33 |
| Shipping & Handling | 0.00 |
| Tax Total | 0.00 |
| | 2,833.33 |
| Less Paid Amount | 0.00 |
| **TOTAL** | 2,833.33 |

Please make checks payable to TechTarget (EIN# 04-3483216).
All billings are in U.S. Dollars and are net of agency commissions.

If you have any questions regarding this invoice, please
send an e-mail to us at arhelp@techtarget.com

**Tech Target**
117 Kendrick Street
Suite 800
Needham, MA  02494


**TechTarget**

| | |
|---|---|
| Invoice No. | I0035843 |
| Date | 6/30/2007 |
| Order No. | O0013842 |
| Shipper ID | S0046213 |
| Customer ID | ENS002 |

**BILL TO:**

Ensconce Data Tech
Accounts Payable
100 Market St.
Suite 203
Portsmouth, NH  03801

**REMIT PAYMENT TO:**

**NEW REMITTANCE ADDRESS:**

**TechTarget**
**P.O. Box 845427**
**Boston, MA 02284-5427**

PAGE 1

| DUE DATE | TERMS | ORDERED BY | CUSTOMER P.O. NO. | SALES PERSON | CAMPAIGN NAME |
|---|---|---|---|---|---|
| 07/30/2007 | Net 30 Days | Phil Bracco | | Eric Belcher | |

| ITEM NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | EXT. PRICE |
|---|---|---|---|---|
| ROS-WHP-0275 | 3.00 | EA | 1.00 | 2,833.33 |
| Run of Network-White Paper Magnifier Program 1x | | | | |
| SCZ-WHP-0040 | 1.00 | EA | 1.00 | 0.00 |
| SearchSecurityChannel-White Paper RoundUp EMail | | | | |
| Email Delivered - 6/28 | | | | |

Invoice is for advertising services delivered for the month of June, 2007

| | |
|---|---|
| Sales Total | 2,833.33 |
| Shipping & Handling | 0.00 |
| Tax Total | 0.00 |
| | 2,833.33 |
| Less Paid Amount | 0.00 |
| **TOTAL** | 2,833.33 |

Please make checks payable to TechTarget (EIN# 04-3483216).
All billings are in U.S. Dollars and are net of agency commissions.

If you have any questions regarding this invoice, please
send an e-mail to us at arhelp@techtarget.com

**Tech Target**
117 Kendrick Street
Suite 800
Needham, MA  02494



# INVOICE

| | |
|---|---|
| Invoice No. | I0036971 |
| Date | 7/31/2007 |
| Order No. | O0013842 |
| Shipper ID | S0047677 |
| Customer ID | ENS002 |

**BILL TO:**

Ensconce Data Tech
Accounts Payable
100 Market St.
Suite 203
Portsmouth, NH  03801

**REMIT PAYMENT TO:**

**NEW REMITTANCE ADDRESS:**

**TechTarget**
**P.O. Box 845427**
**Boston, MA 02284-5427**

PAGE  1

| DUE DATE | TERMS | ORDERED BY | CUSTOMER P.O. NO. | SALES PERSON | CAMPAIGN NAME |
|---|---|---|---|---|---|
| 08/30/2007 | Net 30 Days | Phil Bracco | | Eric Belcher | |

| ITEM NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | EXT. PRICE |
|---|---|---|---|---|
| ROS-WHP-0275 | 3.00 | EA | 1.00 | 2,833.33 |
| Run of Network-White Paper Magnifier Program 1x | | | | |

Invoice is for advertising services delivered for the month of July, 2007

| | |
|---|---|
| Sales Total | 2,833.33 |
| Shipping & Handling | 0.00 |
| Tax Total | 0.00 |
| | 2,833.33 |
| Less Paid Amount | 0.00 |
| **TOTAL** | 2,833.33 |

Please make checks payable to TechTarget (EIN# 04-3483216).
All billings are in U.S. Dollars and are net of agency commissions.

If you have any questions regarding this invoice, please
send an e-mail to us at arhelp@techtarget.com

**Tech Target**
117 Kendrick Street
Suite 800
Needham, MA  02494



# INVOICE

| | |
|---|---|
| Invoice No. | I0040939 |
| Date | 11/27/2007 |
| Order No. | O0013747 |
| Shipper ID | S0053220 |
| Customer ID | ENS002 |

**BILL TO:**

Ensconce Data Tech
Accounts Payable
100 Market St.
Suite 203
Portsmouth, NH  03801

**REMIT PAYMENT TO:**

**NEW REMITTANCE ADDRESS:**

**TechTarget**
**P.O. Box 845427**
**Boston, MA 02284-5427**

PAGE  1

| DUE DATE | TERMS | ORDERED BY | CUSTOMER P.O. NO. | SALES PERSON | CAMPAIGN NAME |
|---|---|---|---|---|---|
| 12/27/2007 | Net 30 Days | Phil Bracco | | Eric Belcher | |

| ITEM NUMBER | QTY ORDERED | UNITS | QTY SHIPPED | EXT. PRICE |
|---|---|---|---|---|
| ROS-WHP-0275 | 3.00 | EA | 1.00 | 2,833.33 |
| Run of Network-White Paper Magnifier Program 1x | | | | |

Invoice is for advertising services delivered for the month of November, 2007

| | |
|---|---|
| Sales Total | 2,833.33 |
| Shipping & Handling | 0.00 |
| Tax Total | 0.00 |
| | 2,833.33 |
| Less Paid Amount | 0.00 |

Please make checks payable to TechTarget (EIN# 04-3483216).
All billings are in U.S. Dollars and are net of agency commissions.

If you have any questions regarding this invoice, please
send an e-mail to us at arhelp@techtarget.com

**TOTAL**                    2,833.33